IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL LANG,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV261<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion to Modify the Progression Order. Filing No. 30.

Accordingly,

IT IS ORDERED that the unexpired deadlines in the Final Progression Order are amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for August 6, 2024 at 9:00 a.m. is <u>continued</u> and will be held with the undersigned magistrate judge on **November 5, 2024** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is September 23, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by October 7, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned

        magistrate judge to set a conference for discussing the parties' dispute.

3)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 31, 2024.

4)      The deadline for filing motions to dismiss and motions for summary judgment is November 25, 2024.

5)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 28, 2024.

6)      All other deadlines and provisions in the Final Progression Order, Filing No. 14, not amended herein remain unchanged.

Dated this 14th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge