IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL LANG,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV261<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court held a teleconference with counsel for the parties on July 23, 2025. For substantial good cause shown, the parties Joint Motion to Extend Final Progression Order, Filing No. 46, is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 14, 2025** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is September 12, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 30, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

1

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 12, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is November 12, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 12, 2025.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause**.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 23rd day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge