IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL LANG,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | **8:23CV261**<br><br>**ORDER** |

The parties in the above-captioned matter advised the Court that they have settled their claims.

Accordingly,

IT IS ORDERED that:

1. Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of Court, together with submitting to the trial judge a draft order which will fully dispose of the case.
2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.
3. The clerk of court is directed to terminate all deadlines and hearings.

Dated this 6th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge