IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL LANG,

Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**Case No: 8:23-cv-00261**

**ORDER**

This matter is before the Court on the parties' joint Stipulation for Dismissal. Filing No. 132. This case is dismissed with prejudice, but without award of costs, disbursements, or attorneys' fees to any party. Any pending motions are denied as moot.

Dated this 24th day of September 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge